Molly Thurmond, SBN: 104973
Cyrus Khosh-Chashm, SBN: 290643
Tristan Verburgt, SBN: 263343
MC LAW GROUP, APC
3905 State Street, Suite 7-351
Santa Barbara, CA 93105-3138
molly@mcgrouplaw.com
cyrus@mcgrouplaw.com

LAW OFFICE OF ANDRÉA MARCUS
*A Professional Corporation*
Andréa Marcus, (SBN 188098)
133 E. De La Guerra Street, #143
Santa Barbara, CA 93101-2247
Phone: (888) 215-9021
Fax: (888) 215-9021
andrea@andreamarcuslaw.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.G. (a minor, by and through his parents, HEATHER GRAY AND ERYN GRAY),<br><br>Plaintiff,<br><br>vs.<br><br>ORCUTT UNION SCHOOL DISTRICT,<br><br>Defendants. | CASE NO.: 2:21-CV-04267-DMG (JCx)<br>[*Assigned to Hon. Dolly M. Gee, District Court Judge, and Hon. Jacqueline Chooljian, Magistrate Judge*]<br><br>JOINT REPORT RE: STATUS |

Pursuant to the Court's Order, filed on November 30, 2022, and entered on December 1, 2022, the parties hereby jointly submit this report, as follows:

Plaintiff does not agree there are any remaining claims in this matter.

Defendant asserts that there is one remaining claim, in addition to the Application for Costs, which has been submitted: Defendant's Motion for Attorneys' Fees and Non-Taxable Costs.

Defendant proposes the following dates for that motion:

| | |
|---|---|
| Filed: | December 14, 2022 |
| Hearing Date: | January 13, 2023 |
| Opposition Due: | December 23, 2022 |
| Reply Due: | December 30, 2022 |

Plaintiff proposes the following dates and deadlines:

| | |
|---|---|
| Filed: | December 14, 2022 |
| Hearing Date: | February 10, 2023 |
| Opposition Due: | January 18, 2022 |
| Reply Due: | January 26, 2022 |

Plaintiff will oppose that Motion and file his own Motion for Attorneys' Fees and Non-Taxable Costs incurred in defending that Motion.

Dated: December 14, 2022,                    MC LAW GROUP

                                             By:   /s/

                                             MOLLY E. THURMOND
                                             CYRUS KHOSH-CHASHM
                                             Attorneys for Defendant. ORCUTT
                                             UNION SCHOOL DISTRICT

Dated: December 14, 2022,                    LAW OFFICE OF ANRÉA MARCUS
                                             *A Professional Corporation*

                                             By:   /s/

                                             ANDRÉA MARCUS
                                             Attorney for Plaintiff