JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.G. (a minor, by and through his parents, HEATHER GRAY AND ERYN GRAY),<br><br>Plaintiff,<br><br>vs.<br><br>ORCUTT UNION SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: CV 21-4267-DMG (JCx)<br><br>ORDER DISMISSING PLAINTIFF'S UNRUH ACT CLAIM [138] |

Having reviewed Plaintiff's notice of voluntary dismissal of his Unruh Act Claim under Rule 41(a) [Doc. # 138] and Defendants' Response [Doc. # 139], the Court hereby **DISMISSES** Plaintiff's Unruh Act Claim **without prejudice**. See Fed. R. Civ. P. 41(a)(2); see *Hamilton v. Firestone Tire & Rubber Co., Inc.*, 679 F.2d 143, 145–46 (9th Cir. 1982) (Rule 41(a)(2) dismissals presumed to be without prejudice unless "plain legal prejudice" shown "beyond the prospect of a second lawsuit or when plaintiff merely gains some tactical advantage.") (citation omitted).

IT IS SO ORDERED.

DATED:  December 27, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE