# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.G., (a minor, by and through his parents, HEATHER GRAY and ERYN GRAY),<br><br>Plaintiff,<br><br>v.<br><br>ORCUTT UNION SCHOOL DISTRICT,<br><br>Defendants. | Case No. CV 21-4267 DMG (JCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Defendant's motion for summary judgment [Doc. # 125], issued on November 30, 2022, and Order Dismissing Plaintiff's Unruh Act Claim [Doc. # 140], issued on December 27, 2022,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Orcutt Union School District and against Plaintiff.

DATED: February 3, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE